IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>Plaintiffs,<br>v.<br>TROTTER LANDSCAPE COMPANY, INC., an Illinois corporation,<br>Defendant. | Case No. 08 C 859<br><br>Judge Zagel |

## ORDER OF DEFAULT

This matter having come to be heard on the Motion of Plaintiffs' Laborers' Pension Fund, et. al., for Order of Default, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Defendant Trotter Landscape Company, Inc. is in default.

2. Defendant is ordered to submit its November, 2007 forward benefits reports and contributions.

3. Defendant is ordered to submit its November, 2007 forward dues reports and contributions.

4. Defendant is ordered to obtain and maintain a $5,000.00 surety bond.

FURTHER, the Court retains jurisdiction to enter judgment in sum certain upon the delinquent amounts pleaded in the Complaint, and the foregoing reports to be

submitted, including liquidated damages, interest, and attorneys fees and costs.

ENTER:

_____
The Honorable James B. Zagel
United States District Court Judge

Dated:_____