IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>          Plaintiffs,<br>  v.<br><br>TROTTER LANDSCAPE COMPANY, INC., an Illinois corporation,<br>          Defendant. | Case No. 08 C 859<br><br>Judge Zagel |

## NOTICE OF MOTION

To:    Trotter Landscape Company, Inc.
       John V. Hanson, Registered Agent
       1802 N. Division St.
       #04 POB 825
       Morris, Illinois 60450

PLEASE TAKE NOTICE that at *10:15 a.m. on Tuesday, April 1, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge James B. Zagel, Room 2503, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Order of Default*, a copy of which is herewith served upon you.

March 19, 2008                             Laborers Pension Fund, et al.

                                                By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 19th day of March 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                /s/ Jerrod Olszewski