# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                      Case Number: 08 C 859

LABORERS' PENSION FUND, et al.
v.
TROTTER LANDSCAPE COMPANY, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TROTTER LANDSCAPE COMPANY, INC.

| |
|---|
| NAME (Type or print)<br>Devlin J. Schoop |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Devlin J. Schoop |
| FIRM<br>Laner, Muchin, Dombrow, Becker, Levin & Tominberg, Ltd. |
| STREET ADDRESS<br>515 North State Street, Suite 2800 |
| CITY/STATE/ZIP<br>Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06243835 | TELEPHONE NUMBER<br>312-467-9800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |